ORDERED.

Dated:  September 15, 2020

*[Signature]*
Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

LAMPKINS PATTERSON, INC.,

                                   CASE NO.: 19-03776-3F1

        Debtor.
_____

**ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING**
**DEBTOR-IN-POSSESSION'S SECOND PLAN OF REORGANIZATION**
**DATED AUGUST 27, 2020**

The Plan under Chapter 11 of the Bankruptcy Code dated August 27, 2020, having been transmitted to creditors and equity security holders; and it having been determined after hearing on notice that the requirements for Confirmation set forth in 11 U.S.C. § 1129 (a) have been met and the requirements of 11 U.S.C. § 1129 (b) been satisfied by independent motions, it is

**ORDERED:**

1. Debtor's Amended Disclosure Statement, [Doc. No. 61], is approved.

2. Debtor's Second Amended Plan of Reorganization dated August 27, 2020, [Docket No. 78], as amended in open Court on September 1, 2020, is confirmed. A copy of the Confirmed Plan is attached.

3. The Plan was amended in open Court to include the following:

   (a) As to Article V11, paragraph 7.01 Property of the Estate; Release of Liens: should be amended to read as follows:

   "The Debtor will retain all property of the estate and such property shall revest in the Debtor at discharge. Thereafter, the Debtor may use, acquire and dispose of its property free of any restrictions of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Court except as specifically provided in the Plan or the order confirming Plan. As of the effective date of this Chapter 11 Plan, all property retained by the Debtor and sold shall be free and clear of any and all liens and interests except as specifically provided in the Plan or the order confirming Plan."

4. The Plan was further modified by 11 U.S.C. § 1129 (b) motions filed as to Class No. 4, and Order was entered on the said motion, [Dock. No. 86].

5. The Debtor is ordered to continue paying quarterly U.S. Trustee fees until such time as the case is converted, closed, dismissed, discharged, or a final decree is entered. After confirmation, pursuant to 11 § 1106 (a)(7) and Bankruptcy Rule 2014 (a)(5), the Debtor shall file with the Bankruptcy Court and shall serve on the United States Trustee a financial report or statement of disbursements for each quarter (or portion thereof) that this Chapter 11 case remains open, in a format proscribed by the United States Trustee.

6. This Order supersedes any Adequate Protection Orders previously entered in this case and same shall be of no further force and effect. This Order imposes an affirmative duty on the holders and/or servicers of any claims secured by liens, mortgages, and/or deeds of trust that collect payments disbursed under this Plan to credit payments in the manner required by the Plan in accordance with 11 U.S.C. § 524 (i).

7. Except as modified by the Plan or this Order, secured creditors shall retain any lien on property in which the estate has an interest to the extent of the value of such a creditor's interest in the estate's interest in such property or as agreed between the parties in the Debtor's Chapter 11 Plan of Reorganization. Except as modified by the Plan or this Order, all terms of the loan documents shall remain in full force and effect, including escrow provisions allowing for adjustment of escrow amounts as necessary over the life of the Plan upon notice to the Debtor as prescribed by the applicable RESPA provisions and/or the note and mortgage.

8. The Court reserves jurisdiction to enforce the payment schedule to secured mortgage creditors as set forth in the Plan or this Order.

9. Any objection filed by creditor which is not prosecuted at the confirmation hearing is deemed withdrawn and/or overruled by the entry of this Order.

10. Debtor's counsel shall have 10-days from the date of this Order to file fee application for compensation from the estate.

11. The Court retains jurisdiction to enforce the terms of this Order.

**XXXX**

Rehan N. Khawaja is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.