**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

LAMPKINS PATTERSON, INC.

                      CASE NO.: 19-03776-3F1

          Debtor.

_____

## MOTION FOR FINAL DECREE IN CHAPTER 11 CASE AND CERTIFICATE OF SUBSTANTIAL CONSUMMATION/FINAL REPORT

**COMES NOW**, the Debtor-in-Possession, **LAMPKINS PATTERSON, INC.**, by and through its undersigned attorney and hereby moves this Honorable Court to issue a Final Decree in this Chapter 11 Case and respectfully represents as follows:

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Room 3-150, U.S. Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, and serve a copy on the movant's attorney, Rehan N. Khawaja, 817 North Main Street, Jacksonville, Florida 32202, within <u>14</u> days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

1

1. This Honorable Court confirmed Debtor-in-Possession's Chapter 11 Plan on September 15, 2020, [Doc. No. 88].

2. The confirmed Chapter 11 Plan provides that all unsecured claims, including any deficiency claims, will receive 10% of their allowed claim, by 60 monthly payments.

3. Debtor has made substantial payments due under its confirmed Chapter 11 Plan to the creditors, attached herewith is Exhibit "A," a complete list of payments made during the pendency of this case.

4. The case has been substantially consummated and the attorney fees as awarded by the Court have been paid in full and all taxes and other administrative claims have been paid or are being paid in full.

**WHEREFORE,** pursuant to Bankruptcy Rule 3022, the Debtor, **LAMPKINS PATTERSON, INC.**, hereby requests this Honorable Court for entry of a final decree in this individual Chapter 11 Case.

**DATED:**   This 20th day of July, 2023.

/s/ Rehan N. Khawaja
**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No.: 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202
Telephone:   (904) 355-8055
Facsimile:   (904) 355-8058
E-Mail:   khawaja@fla-bankruptcy.com

Attorney for Debtor

## PAYMENTS TO THE CREDITORS

| | Creditor | Total Paid Since Confirmation |
|---|---|---|
| 1. | First Bank Financial Centre | $138,039.45 |
| 2. | Duval County Tax Collector | $ 11,419.58 |
| 3. | Duval County Tax Collector | $ 7,064.10 |
| 4. | TLGFY, LLC. | $ 11,566.66 |
| 5. | Batesville Casket Company | $ 9,036.86 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded by Electronic Mail or United States First Class Mail to all interested parties as per the attached matrix on this the 20th July, 2023.

_/s/ Rehan N. Khawaja_
**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No.: 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202
Telephone:    (904) 355-8055
Facsimile:    (904) 355-8058
E-Mail:    khawaja@fla-bankruptcy.com

Attorney for Debtor

```
Label Matrix for local noticing          c/o Wendy L. Mummaw Duval County Tax Collect   First Bank Financial Centre
113A-3                                   Office of General Counsel                     c/o David L. Gay
Case 3:19-bk-03776-JAF                   117 W. Duval St., Ste 480                     Carlton Fields PA
Middle District of Florida               Jacksonville, FL 32202-3734                   100 SE 2nd Street
Jacksonville                                                                           Suite 4200
Thu Jul 20 09:57:21 EDT 2023                                                           Miami, FL 33131-2113

Lampkins Patterson, Inc.                 Batesville Casket Company                     Batesville Casket Company
6615 Arlington Expressway                One Batesville Boulevard                      c/o Richard Loudermilk, Esq.
Jacksonville, FL 32211-5706              Batesville, IN 47006-9229                     1800 Second Street, Suite 717
                                                                                       Sarasota, FL 34236-5966

Darryl Patterson                         Duval County Tax Collector                    Duval County Tax Collector
400 East Bay Street                      117 W. Duval Street                           231 E. Forsyth Street
Unit # 508                               Suite # 480                                   Suite # 130
Jacksonville, FL 32202-2947              Jacksonville, FL 32202-5721                   Jacksonville, FL 32202-3380

Duval County Tax Collector               Duval County Tax Collector                    First Bank Financial Centre
231 Forsyth St.  #130                    c/o Wendy L. Mummaw Asst Gen Counsel          P.O. Box 1004
Jacksonville FL 32202-3380               Office of General Counsel                     Oconomowoc, WI 53066-6004
                                         117 W. Duval St., Ste 480
                                         Jacksonville FL 32202-3734

First Bank Financial Centre              Florida Department of Revenu                  Florida Dept. of Revenue
c/o David L. Gay, Esq.                   921 North Davis Street                        Bankruptcy Unit
Carlton Fields, P.A.                     Suite # A-250                                 P.O. Box 6668
100 SE 2nd Street, Suite 4200            Jacksonville, FL 32209-6825                   Tallahassee, FL 32314-6668
Miami, FL 33131-2113

Internal Revenue Service                 Matthew H. Jacobson, Esquire                  PattersonCremation Funeral
PO Box 7346                              Carlton Fields, P.A.                          6615 Arlington Expressway
Philadelphia, PA  19101-7346             100 SE 2nd Street                             Jacksonville, FL 32211-5706
                                         Suite # 4200
                                         Miami, FL 33131-2113

Renaldo Lampkins                         Secretary of the Treasury                     TLGFY,LLC, CAPITAL ONE, N.A. AS COLLATER
5299 Big Island Drive                    15th & Pennsylvania Ave., NW                  PO BOX 54347
Unit # 4306                              Washington, DC 20220-0001                     NEW ORLEANS, LA 70154-4347
Jacksonville, FL 32246-5328

U.S. Securities & Exchange Commission    United States Attorney                        Rehan N Khawaja +
Office of Reorganization                 300 North Hogan St Suite 700                  Law Offices of Rehan N. Khawaja
950 East Paces Ferry Road, N.E.          Jacksonville, FL 32202-4204                   817 North Main Street
Suite 900                                                                              Jacksonville, FL 32202-3028
Atlanta, GA 30326-1382

United States Trustee - JAX 11 +         David L Gay +                                 Scott E Bomkamp +
Office of the United States Trustee      Carlton Fields, P.A.                          DOJ-Ust
George C Young Federal Building          100 S.E. Second Street, Suite 4200            United States Trustee
400 West Washington Street, Suite 1100   Miami, FL 33131-2113                          400 W. Washington St.
Orlando, FL 32801-2210                                                                 Ste 1100
                                                                                       Orlando, FL 32801-2440

Wendy L Mummaw +                         Note: Entries with a '+' at the end of the
Office of General Counsel                name have an email address on file in CMECF
117 W. Duval St. , Suite 480
Jacksonville, FL 32202-3734
```